UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DZEVDET LEKIC,

                Plaintiff,

       - against -

222 EAST 8TH STREET, et al.,

               Defendants.

-----------------------------------------------------------X

ORDER OF DISCONTINUANCE

Civil No. 11 CV 1242(ARR)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.
★ MAY 03 2013
BROOKLYN OFFICE

    It having been reported to the Court that the above-captioned case has been settled, inclusive of attorney's fees,

    IT IS HEREBY ORDERED that the action is discontinued, without prejudice to the right to reopen the action within 14 days of this order.

    SO ORDERED:

DATED:    Brooklyn, New York
              May 3, 2013

_____
Allyne R. Ross
United States District Judge

COPIES WERE FORWARDED TO:

Okechukwu Valentine Nnebe, Esq.
Nnebe & Associates, P.C.
255 Livingston Street, 3rd Fl.
Brooklyn, NY 11217


Ana Salper, Esq.
Baker Hostetler LLP
45 Rockefeller Plaza
NY, NY 10111


Magistrate Judge Go